UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNIE BATTLE DYSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SOUTHERN LOANS, INC., )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:13-CV-722-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2013, and for the reasons set forth more specifically therein, that plaintiff's alleged claims pursuant to the Fourth Amendment, 42 U.S.C. § 14141, and 42 U.S.C. § 1983, as well as claims based thereon are dismissed as frivolous. Further, the court dismisses without prejudice for failure to state a claim upon which relief can be granted plaintiff's alleged claims pursuant to 15 U.S.C. § 1691, 42 U.S.C. § 12101, 42 U.S.C. § 1985, and 42 U.S.C. § 1986. The court also dismisses with prejudice plaintiff's alleged claim pursuant to 18 U.S.C. § 241 and denies plaintiff's motions to appoint counsel and for temporary restraining order.

**This Judgment Filed and Entered on November 1, 2013, and Copies To:**
Annie Battle Dyson (via U.S. Mail) 1612 King Circle, Rocky Mount, NC 27801


November 1, 2013                    JULIE A. RICHARDS, CLERK
                                     /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk